# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION

| | |
|---|---|
| ANGELA KUMPE and JEFF KUMPE, Individually, and as Husband and Wife, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Removed from the Circuit Court ) of Knox County ) Case No.: 3-252-23 |
| LUIS RAMOS and LER TRANSPORTATION, INC., | ) ) ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Defendants Luis Ramos and LER Transportation, Inc. (collectively, "Defendants") give notice of the removal of this case from the Circuit Court for Knox County, Tennessee to the United States District Court for the Eastern District of Tennessee under 28 USC § 1446(a). As grounds for removal, Defendants would show the Court as follows:

1. Plaintiffs filed a Complaint in the Circuit Court of Knox County, Tennessee on 11 September 2023 (Case Number 3-252-23), naming Defendants Luis Ramos and LER Transportation, Inc.

2. The Complaint was filed on 11 September 2023. Defendants Luis Ramos and LER Transportation, Inc. were served with process on 16 October 2023. Therefore, this Notice of Removal is timely filed.

3. Plaintiffs are, and were at the time this action was commenced, citizens of the State of Arkansas, residing in Grant County, Arkansas. Plaintiffs are not citizens of the State of Tennessee.

4. Defendant Luis Ramos is, and was at the time this action was commenced, a citizen of the State of Texas, residing in Laredo, Webb County, Texas. Defendant Luis Ramos is not a citizen of the State of Tennessee.

5. Defendant LER Transportation, Inc. is, and was at the time this action was commenced, a registered Texas corporation with its principal place of business in Laredo, Webb County, Texas. Defendant LER Transportation, Inc. is a foreign entity. Its sole shareholder, Luis Ramos, resides in Laredo, Webb County, Texas.

6. This is a civil action over which this Court has original jurisdiction. Plaintiffs' Complaint seeks monetary relief "not to exceed the sum of THREE MILLION FIVE HUNDRED THOUSAND DOLLARS AND 00/100 ($3,500,000.00)." Accordingly, the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and this action is between citizens of different States. 28 USC § 1332(a).

7. Any civil action brought in a State court of which the district courts of the United States have original jurisdiction may be removed by the defendant to the district court of the United States for the district and division embracing the place where such action is pending. 28 USC § 1441(a).

8. True copies of all pleadings filed to date in this action by any party are attached as collective **Exhibit A**.

9. Defendants Luis Ramos and LER Transportation, Inc. are filing a copy of this Notice of Removal with the Circuit Court of Knox County, Tennessee and are sending a copy of the Notice of Removal to all interested parties under 28 USC § 1446(d).

Defendants Luis Ramos and LER Transportation, Inc. respectfully requests that Case Number 3-252-23, now pending in the Circuit Court of Knox County, Tennessee, be removed to this Honorable Court.

          Respectfully submitted,

          **FREEMAN MATHIS & GARY, LLP**

          By: /s/ Jason M. Pannu
             Jason M. Pannu, BPR No. 023816
             1600 Division Street, Suite 590
             Nashville, Tennessee 37203
             (615) 208-5890
             jason.pannu@fmglaw.com

             *Counsel for Defendants Luis Ramos and LER Transportation, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that on this the 1st day of November 2023, a copy of the foregoing NOTICE OF REMOVAL was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access the filing through the Court's electronic filing system.

| ☐ Hand<br>☐ Mail<br>☐ Fax<br>☐ FedEx<br>☒ Email<br>☒ CM/ECF | R. Deniger Cobb, Jr.<br>Nahan Saharovich & Trotz, PLC<br>488 South Mendenhall Road<br>Memphis, Tennessee 38117<br>dcobb@nstlaw.com<br>*Counsel for Plaintiffs* |
|---|---|

          /s/ Jason M. Pannu
          Jason M. Pannu